# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1575

BUYSAFE, INC.,

        Plaintiff-Appellant,

v.

GOOGLE, INC.,

        Defendant-Appellee.

Appeal from the United States District Court for the District of Delaware in case no. 11-CV-1282, Judge Leonard P. Stark.

Authorized Abbreviated Caption[2]

BUYSAFE, INC. V GOOGLE, INC., 2013-1575

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.