FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

buySAFE, Inc.    v.    Google, Inc.

No. 2013-1575

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) buySAFE, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

buySAFE, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

No parent corporation or any publicly held company owns 10 percent or more of the stock of buySAFE, Inc.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Stephen M. Hankins, Brian D. Siff, James E. Hanft, Alison L. Maddeford of Schiff Hardin, LLP; Donald E. Stout of Antonelli, Terry, Stout & Krauss, LLP; Joseph F. Farnan, Brian E. Farnan of Farnan, LLP; Paul Gupta, Clifford R. Michel, W. Benjamin Tabler III, Garret G. Rasmussen of Orrick, Herrington & Sutcliffe LLP

| August 28, 2013 | /s/ Stephen M. Hankins |
|---|---|
| Date | Signature of counsel |
| | Stephen M. Hankins |
| | Printed name of counsel |

Please Note: All questions must be answered

cc: Counsel of Record

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2013, the foregoing Certificate of Interest was filed electronically with the U.S. Court of Appeals for the Federal Circuit by means of the Court's CM/ECF system. I further certify that the foregoing was served on the counsel of record, by means of electronic mail.

Dated: August 28, 2013       */s/ Stephen M. Hankins*
                             Stephen M. Hankins
                             Schiff Hardin LLP
                             One Market, Spear Street Tower
                             32nd Floor
                             San Francisco, CA 94105
                             Telephone: (415) 901-8700
                             shankins@schiffhardin.com

                             *Counsel for Appellant buySAFE, Inc.*